**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CHEN,<br><br>                    Petitioner,<br><br>     v.<br><br>JAMES JANECHA, et al.,<br><br>                 Respondents. | Case No.  EDCV 26-3097-PVC<br><br>**MEMORANDUM DECISION AND ORDER GRANTING PETITION AND ORDERING IMMEDIATE RELEASE** |

Petitioner Juan Chen ("Petitioner"), filed through counsel a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), against James Janecha, Warden of the Adelanto ICE Processing Centr; Jaime Rios, Field Office Director, Adelanto, Office of Detention and Removal, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Todd Blanche, Secretary, U.S. Department of Homeland Security; and Markwayne Mullin, Attorney Genera of the United States. on June 5, 2026.[1]  (Pet., Dkt. No. 1).  The Petition states that Petitioner, a citizen of China, has been in

---

[1] Petitioner also filed a Motion for Appointment of Counsel (Dkt. No. 3), which is DENIED without prejudice.

immigration custody since June 2026. (*Id.* at 2). Petitioner is currently detained at the Adelanto Detention Facility in Adelanto, California. (*Id.*). Petitioner alleges that her arrest and continued detention without a bond hearing violates procedural due process (*id.* at 18–19) and substantive due process (*id.* at 19–20). The Petition seeks relief in the form of an order compelling her immediate release, enjoining her re-arrest unless and until a hearing is held before a neutral adjudicator to determine whether re-incarceration would be lawful because the government has shown that Petitioner is a danger or a flight risk by clear and convincing evidence, and awarding Petitioner's reasonable costs and attorney fees. (*Id.* at 20).

Respondents filed their Answer on June 12, 2026 ("Answer"). (Dkt. No. 10). The Answer stated that Respondents were "not presenting an opposition argument" to the Petition. (*Id.* at 2). The Answer did not controvert the allegations of the Petition or state any opposition to Petitioner's request for immediate release. (*Id.*). On June 16, 2026, Petitioner filed a Traverse. (Dkt. No. 12).

Because Respondents did not oppose any of the factual allegations or legal arguments in the Petition, including the Petition's argument that immediate release is the appropriate remedy, the Petition's merits are conceded. *See* C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."); *see also* C.D. Cal. L.R. 7-9 (setting forth the requirements of opposition brief or statement of non-opposition).

## **CONCLUSION**

Accordingly, the Court **GRANTS** the Petition, and Respondents are **ORDERED** to:

2

(1) **IMMEDIATELY RELEASE** Petitioner Juan Chen[2] from custody;

(2) File a notice of compliance advising how they complied with this Order within seven days; and

(3) Not re-detain Petitioner unless and until a hearing is held before a neutral adjudicator to determine whether re-incarceration would be lawful because the government has shown that Petitioner is a danger or a flight risk by clear and convincing evidence.

The matter is deemed closed.  The Court **ORDERS** the Clerk to vacate any pending dates and to close the case.  Judgment is **ENTERED** in favor of Petitioner.

As to Petitioner's request for an award of attorney's fees and costs, the Court will consider an application under the Equal Access to Justice Act requesting costs and reasonable attorney's fees that is filed within 30 days of entry of final judgment in this action.  *See Rahimi v. Semaia*, 2026 WL 246066, at *3 (C.D. Cal. Jan. 27, 2026) ("The Court will consider an application requesting costs and reasonable attorneys fees under the EAJA that is filed within 30 days of final judgment in this action.").

IT IS SO ORDERED.

DATED: June 18, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[2] The Court was unable to determine Ms. Chen's A-number from any documents filed, and an independent search of ICE's detention website did not reveal an A-number, but the Court notes that Juan Chen is female and is currently detained at Adelanto ICE Processing Center.

3