JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN CHEN,

          Petitioner,

     v.

JAMES JANECHA, et al.,

          Respondents.

Case No. EDCV 26-3097-PVC

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.  Respondents are ordered to:

(1) **IMMEDIATELY RELEASE** Petitioner Juan Chen[1] from custody;

(2) File a notice of compliance advising how they complied with this Order within seven days; and

---

[1] The Court was unable to determine Ms. Chen's A-number from any documents filed, and an independent search of ICE's detention website did not reveal an A-number, but the Court notes that Juan Chen is female and is currently detained at Adelanto ICE Processing Center.

(3) Not re-detain Petitioner unless and until a hearing is held before a neutral adjudicator to determine whether re-incarceration would be lawful because the government has shown that Petitioner is a danger or a flight risk by clear and convincing evidence.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 18, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE